UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARILEEN D. RODGERS,

           Plaintiff,

    v.

EILEEN DE JONG, et al.,

           Defendants.
_____/

NO. CIV. S-05-1631 LKK/JFM

O R D E R

Pursuant to court order, a Status (Pretrial Scheduling) Conference is set in the above-captioned case on October 17, 2005. Pursuant to that order, counsel were directed to file status reports not later than ten days preceding the conference. Counsel for plaintiff has failed to do so. Accordingly, the court hereby ORDERS that:

    1. Counsel for plaintiff is ordered to SHOW CAUSE within ten (10) days why sanctions should not be imposed for failure to timely file a status report;

////

1

1    2.  The Status Conference set for October 17, 2005, is
2 CONTINUED to October 31, 2005 at 2:30 p.m.; and
3    3.  Counsel for plaintiff is directed to file a status report
4 not later than ten days preceding the October 31 Status Conference.
5    IT IS SO ORDERED.
6 DATED:  October 12, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT