UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARILEEN D. RODGERS,

          NO. CIV. S-05-1631 LKK/JFM

    Plaintiff,

  v.                          O R D E R

HELEN W. ING, et al.,

    Defendants.
_____/

    On October 12, 2005, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for failure to timely file a status report. The court is in receipt of counsel's response. Good cause appearing, the order to show cause is DISCHARGED.

    IT IS SO ORDERED.

    DATED: October 18, 2005

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT