UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARILEEN D. RODGERS, fka
MARILEEN D. ING,

NO. CIV. S-05-1631 LKK/JFM

    Plaintiff,

  v.                                    O R D E R

HELEN H. ING; LAWRENCE W. ING,
JR.; NATASHA ING; EILEEN DeJONG;
KATHLEEN ING; DARLENE RECORD;
and PACIFIC HOLDINGS,

    Defendants.
_____/

    The court is in receipt of the parties' stipulation regarding the disclosure of expert witnesses.  The parties are, of course, free to do anything they desire pursuant to informal agreement. However, any such agreement will not be enforceable in this court.

    IT IS SO ORDERED.

    DATED: April 3, 2006

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT